# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHIANNA ORTENBERG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SANTA BARBARA CORPORATE FITNESS, INC.,<br><br>　　　　Defendant. | No. 2:24-cv-10470-JAK (MAAx)<br><br>**ORDER RE STIPULATION OF DISMISSAL (DKT. 28)**<br><br>**[JS-6: CASE TERMINATED]** |

Based on a review of the Stipulation of Dismissal (the "Stipulation" (Dkt. 28)), the Stipulation is **APPROVED IN PART**, as follows:

This action is dismissed in its entirety. Plaintiff's individual claims are dismissed with prejudice. Plaintiff's putative class claims are dismissed without prejudice. Each party shall bear its own attorney's fees and costs. All pending dates and deadlines are vacated. The case shall be closed by the Clerk.

**IT IS SO ORDERED.**

Dated: 12/04/2025

John A. Kronstadt
United States District Judge

2